LOUP COUNTY ET AL. V. J. G. WIRSIG.

FILED APRIL 5, 1905.   No. 13,759.

Appeals from the decision of a county board should be entered, tried and determined in the district court the same as appeals from justices of the peace. *Haskell v. Valley County,* 41 Neb. 234, followed and approved.

ERROR to the district court for Loup county: JOHN R.
HANNA, JUDGE. *Affirmed.*

*A. S. Moon* and *H. E. Carter,* for plaintiffs in error.

*Guy Laverty,* contra.

OLDHAM, C.

On the 15th day of June, 1903, the board of county com-
missioners of Loup county allowed certain claims of one
J. G. Wirsig against said county. On the 25th day of
June A. S. Moon, a taxpayer of the county, filed a notice
with the county clerk of an appeal from the allowance
of such claims, and also filed a bond in conformity with
the statute, which was approved by the county clerk. On
the 28th day of August a transcript of the procedings was
filed in the district court for said county, and on the 4th
day of April, 1904, a motion was filed in the district court
to dismiss the appeal. This motion was sustained, and the
appeal dismissed, and appellant Moon brings error to this
court to set aside the judgment of the district court in dis-
missing the appeal.

Section 39, article I, chapter 18, Compiled Statutes
(Ann. St. 4457), which provides for appeals by taxpayers
in cases of this character, directs, among other things, that
"such appeal shall be entered, tried, and determined the
same as appeals from justice courts." This section was
construed by this court in *Haskell v. Valley County,* 41
Neb. 234, and we there held that "appeals from the de-
cision of a county board should be entered, tried, and de-
termined in the district court the same as appeals from
justices of the peace." As the transcript was not filed
until more than 30 days from the allowance of the claims,
and as appellant offered no showing to excuse his delay in
procuring and having the transcript filed, and as he made
no effort to file a petition in the district court within the
time prescribed by section 1010a of the code, we think the

judgment of the district court was the only one that could be properly rendered, and we recommend that such judgment be affirmed.

AMES and LETTON, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, the judgment of the district court is

AFFIRMED.